# UNITED STATES DISTRICT COURT

## District of Kansas

(Topeka Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                  CASE NO.  21-40088-TC

STEVEN E. SPRADLEY,

        Defendant.

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ATTEMPTED TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY**
**[18 U.S.C. § 2423(a) and (e)]**

On or about the 1st day of July, 2021, in the District of Kansas and elsewhere, the defendant,

**STEVEN SPRADLEY,**

did attempt to knowingly transport an individual who had not attained the age of 18 years, in interstate commerce from Osage County, Kansas to Jackson County, Missouri, with the intent that said individual engage in prostitution.

In violation of Title 18, United States Code, Section 2423(a) and (e).

1

## COUNT 2

**TRAVEL WITH THE INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT**
**[18 U.S.C. § 2423(b)]**

On or about or about the 1st day of July, 2021, in the District of Kansas and elsewhere, the defendant,

**STEVEN SPRADLEY,**

did travel in interstate commerce from Jackson County, Missouri to Osage County, Kansas, for the purpose of engaging in any illicit sexual conduct with another person, as defined in Title 18, United States Code, Section 2423(f), which includes any commercial sex act with a person under 18 years of age.

In violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428.

2.      Upon conviction of one or more of the offenses set forth in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense, including, but not limited to:

A.      2013 Ford F-150 truck, VIN: IFTMFICM70KE29327;
B.      Black LG V35 ThinQ cellphone.

All pursuant to Title 18, United States Code, Section 2428.

2

3.      If any of the property described above, as a result of any act or omission of the defendant:

        A.      cannot be located upon the exercise of due diligence;

        B.      has been transferred or sold to, or deposited with, a third party;

        C.      has been placed beyond the jurisdiction of the court;

        D.      has been substantially diminished in value; or

        E.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                        A TRUE BILL.


September 15, 2021                        s/Foreperson
DATE                                     FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Sara L. Walton
Sara L. Walton
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: sara.walton@usdoj.gov
Ks. S. Ct. No. 24106

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## **PENALTIES**

### **Count 1: 18 U.S.C. § 2423(a)**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  18 U.S.C. § 2423(a).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2429.

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(4).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction of a sex offense has become final, the penalties are:

- Punishable a term of imprisonment of three (3) times the term of imprisonment otherwise provided by this chapter.  18 U.S.C. § 2426(a).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2429.

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(4).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## Count 2: 18 U.S.C. § 2423(b)

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 2423(b).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2429.

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(4).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction for a sex offense has become final, the penalties are:

- Punishable a term of imprisonment of three (3) times the term of imprisonment otherwise provided by this chapter. 18 U.S.C. § 2426(a).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2429.

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(4).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.