IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA,

　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 21-40088

STEVEN SPRADLEY,

　　　　　　　　　　Defendant.

## QUESTION FROM THE JURY

YOUR HONOR,

We would like to request if possible any and all inventory in the defendents car and persons, such as a list

Dated at June 8th on Thursday, Time 11:54.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

Please refer to Instruction No. 12.

Dated at June 8 on Thursday, Time 12:13 PM.

Signature of Judge