IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| USA, | |
| Plaintiff, | |
| v. | Case No. 21-40088 |
| STEVEN SPRADLEY, | |
| Defendant. | |

QUESTION FROM THE JURY

YOUR HONOR,

We are at an split decision, after much deliberation, Logic, transparency and diligent search of evidence, exhibits and testimony. We have polled collectively and concluded the circumstances are without a doubt leading to a mistrial. We would like further instruction on what to do.

Dated at June 8th on Thursday, Time 4:10 pm.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Signature of Presiding Juror

ANSWER OF THE JUDGE,

_____

_____

_____

Dated at _____ on _____, Time _____.

_____
Signature of Judge