In the United States District Court
for the District of Kansas

Case No. 21-cr-40088-TC

UNITED STATES OF AMERICA,

v.

STEVEN E. SPRADLEY

**VERDICT FORM**
June 8, 2023

We the jury, impaneled and sworn in the above-entitled case, upon our oaths, do make the following answers to the questions propounded by the Court:

1. As to the crime charged in the Indictment, travel with the intent to engage in any commercial sex act with a person under 18 years of age, we unanimously find the defendant, Steven Spradley:

\_\_\_\_\_0\_\_\_\_\_ Not Guilty

\_\_\_\_\_12\_\_\_\_\_ Guilty

25

2. If you found the defendant, Steven Spradley, guilty, did you find that the Government proved guilt beyond a reasonable doubt?

_____✓_____ Yes

_____ No

06/12/23
DATE


FOREPERSON